UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:  

Fahad Dunkal,

    Debtor.

Case No. 24-30372

Chapter 7

**ORDER GRANTING RELIEF FROM STAY**

_____

This case is before the court on the motion of BMW Bank of North America for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    2022 BMW X7, VIN:  5UXCW2C09N9J80194

3. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *April 24, 2024*

                                      /e/ Katherine A. Constantine
                                        Katherine A. Constantine
                                        United States Bankruptcy Judge